## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

FRANK J. SIFONTE,

        Plaintiff,

vs.                              CASE NO. 6:07-CV-615-ORL-19UAM

STAPLES CONTRACT AND
COMMERCIAL, INC.,

        Defendant.

### ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 19, filed November 8, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 19) is **ADOPTED and AFFIRMED.** The Joint Motion to Approve Settlement and Dismiss Case with Prejudice (Doc. No. 16, filed September 26, 2007) is **GRANTED.** The Settlement Agreement is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues, and this case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___29th___ day of November, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record